IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00245-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR MANUEL LANDEROS,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello, on January 16, 2013, it is

    ORDERED that Defendant Victor Manuel Landeros is sentenced to TIME SERVED.

    DATED: January 16, 2013

                                    BY THE COURT:

                                    _____
                                    Christine M. Arguello
                                    United States District Judge